

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-18-00345-CR

Comfort Delando **ROBERTS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11457
Honorable Jefferson Moore, Judge Presiding

## O R D E R

    Appellant's motion to amend his reply brief is hereby GRANTED. Appellant's amended reply brief was filed on March 6, 2019.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court